

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RONALD W. BEALL,
      #36548                          )
                                      )
            Plaintiff,                )        3:10-cv-0296-LRH-RAM
                                      )
vs.                                   )
                                      )        **ORDER**
CITY OF RENO,                         )
                                      )
            Defendant.                )
_____/

18      Plaintiff has submitted a *pro se* civil rights complaint.  Plaintiff has failed to submit

19  an application to proceed *in forma pauperis* on the required form.  *See* 28 U.S.C. § 1915(a)(1)-(2);

20  Local Rules of Special Proceedings 1-1, 1-2.  Plaintiff will be granted thirty (30) days in which to

21  submit a completed and signed application to proceed *in forma pauperis* on the form provided by

22  this Court.  The application must be accompanied by all required financial documentation, as

23  described in the instructions for use of the form.

24      **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the

25  approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the

26  document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."  Within

1  **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed

2  application to proceed *in forma pauperis* on the form provided by this Court.  Plaintiff's failure to

3  file an application to proceed *in forma pauperis* in compliance with this order may result in the

4  dismissal of his lawsuit without prejudice.

5          DATED:  June 30, 2010.

6

7

8          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26