AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

RONALD W. BEALL,

      Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:10-CV-00296-LRH-RAM**

CITY OF RENO,

      Defendant.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to comply with this court's order to file an application to proceed *in forma pauperis.*

  08/26/2010                               **LANCE S. WILSON**
                                                 Clerk

                                             /s/ P. McDonald
                                               Deputy Clerk